IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MINNIE SMITH,

    Plaintiff,

vs.                              CASE NO. 5:07cv229/RS-EMT

MICHAEL J. ASTRUE, Commissioner
of Social Security,

    Defendant.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 29) and Defendant's Amended Response to Plaintiff's Application for Attorney's Fees (Doc. 28), by which Defendant has withdrawn his objection to Plaintiff's application for EAJA fees.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. The Commissioner is directed to pay Plaintiff, in care of Plaintiff's counsel, $3,468.75 as attorney's fees pursuant to 28 U.S.C. §2412 (EAJA).

3. The clerk is directed to close the file.

**ORDERED** on March 18, 2009.

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**